# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M18 | 9597168 | WILCHER, R | 1336 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 09/16/2022 1700 | 38 C.F.R. 1.218(b)(4) |

Place of Offense: 3885 W BROADWAY, MISSOULA, MT 59808
FORT HARRISON VA MEDICAL CENTER MISSOULA OBOC

Offense Description: Factual Basis for Charge    HAZMAT ☐
WILLFUL REMOVAL OF GOVERNMENT PROPERTY WITHOUT AUTHORIZATION

### DEFENDANT INFORMATION

Last Name: LEIGHTY
First Name: REX
M.I.: L

Tag No: N/A | State: N/A | Year: N/A | Make/Model: N/A | PASS ☐ | Color: N/A

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____ | Date: _____ | Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: UNABLE TO SIGN

Original - CVB Copy

*9597168*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on SEPTEMBER 21, 2022 while exercising my duties as a law enforcement officer in the _____ District of MONTANA

1. DETECTIVE WILCHER, RECEIVED A CASE REGARDING AN EX-VA EMPLOYEE THAT HAD RESIGNED SEPTEMBER 16, 2022. HIS SUPERVISOR, SENT A MSG ON TEAMS, TO TURN IN HIS COMPUTER, PIV, ACCESS CARD AND HEADSET. AT THE END OF THE WORK DAY, THE ITEMS WERE NOT AT THE WORK STATION. SEARCH OF AREA YIELDED NEGATIVE RESULTS. AN ATTEMPT VIA LANDLINE AND CELL PHONE TEXT, VOICEMAILS HAVE BEEN UNSUCCESSFUL. THE AFOREMENTIONED SUBMITTED RESIGNATION LETTER WITH EFFECTIVE DATE OF SEPT 16. BASED ON ALL INFORMATION, PROBABLE CAUSE EXIST ON THE AFOREMENTIONED CHARGE ON FRONT SIDE OF CITATION.

The foregoing statement is based upon:
☐ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/21/2022  [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/27/2022 16:46